591 A.2d 1047

**BLOOMINGDALE'S BY MAIL LTD.**

**v.**

**COMMONWEALTH of Pennsylvania, DEPARTMENT OF REVENUE, and Eileen H. McNulty, as Acting Secretary of Revenue, Commonwealth of Pennsylvania, Department of Revenue, Appellants.**

Supreme Court of Pennsylvania.

May 7, 1991.

Decided June 4, 1991.

---

5. Similar questions exposing the federal conviction were propounded by defense counsel.

## ORDER

PER CURIAM:

Order affirmed.

NIX, C.J., did not participate in the consideration or decision of this case.

FLAHERTY and CAPPY, JJ., dissent and would dismiss the appeal as moot.